```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                                  Case No. 18-04971-RNO
Edward A Haggans                                                                        Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: KADavis                Page 1 of 2                  Date Rcvd: Jan 14, 2019
                              Form ID: ntcnfhrg            Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
```
db             +Edward A Haggans,    2131 Green Street,    Harrisburg, PA 17110-1030
5134785        +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
5134788         Convergent Outsourcing,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
5134791        +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
5134792        +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
5134793        +First Savings Credit Card,    Attn: Bankruptcy Department,    Po Box 5019,
                 Sioux Falls, SD 57117-5019
5134794        +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
5134796        +KML Law Group,    Suite 500 BNY Mellon Ind. Cntr,    701 Market Street,
                 Philadelphia, PA 19106-1538
5134795        +Keystone Collections Group,    PO Box 519,    Irwin, PA 15642-0519
5134798        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
5134800        +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
5134803         Pressler, Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
5134804        +RoundPoint Mortgage Servicing Corp.,    Attn: Bankruptcy,    Po Box 19409,
                 Charlotte, NC 28219-9409
5148466        +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
5134805         The City of Harrisburg,    City Treasurer,    10 N. 2nd St. Suite 103,
                 Harrisburg, PA 17101-1679
5134806         U.S. Dept. of Veteran Affairs,    PO Box 530269,    Atlanta, GA 30353-0269
5134807         Universal Fidelity LP,    PO Box 219129,    Houston, TX 77218-9129
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5134786        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2019 19:30:39      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5134787        +E-mail/Text: bankruptcy@cavps.com Jan 14 2019 19:32:24      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
5136464        +E-mail/Text: bankruptcy@cavps.com Jan 14 2019 19:32:24      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5137729         E-mail/Text: mrdiscen@discover.com Jan 14 2019 19:31:13      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5134789        +E-mail/Text: mrdiscen@discover.com Jan 14 2019 19:31:13      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
5134790        +E-mail/Text: bankruptcynotices@dcicollect.com Jan 14 2019 19:32:31
                 Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 551268,
                 Jacksonville, FL 32255-1268
5142934         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2019 19:30:45      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5134797        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2019 19:30:46
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
5134799        +E-mail/Text: bankruptcy@sccompanies.com Jan 14 2019 19:31:04      Mason Easy-Pay,
                 1251 1st Ave.,    Chippewa Falls, WI 54774-9998
5135751        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2019 19:29:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5134801        +E-mail/Text: blegal@phfa.org Jan 14 2019 19:32:11      Pa Housing Finance Agency,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
5134802        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2019 19:29:41
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
5142877        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 14 2019 19:32:21      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5142092         E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2019 19:31:57
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
5134808        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 14 2019 19:31:09
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION
           bkgroup@kmllawgroup.com
          Johanna Hill Rehkamp    on behalf of Debtor 1 Edward A Haggans jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Edward A Haggans, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18–bk–04971–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **February 28, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 7, 2019<br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 14, 2019 |

ntcnfhrg (03/18)