IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EDWARD A. HAGGANS, | : | |
|    Debtor. | : | |
| | : | CASE NO: 1:18-bk-04971-HWV |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of Cunningham, Chernicoff & Warshawsky, P.C and Johanna H. Rehkamp, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021           CUNNINGHAM CHERNICOFF &
                                                          WARSHAWSKY, P.C.

                                                           By:    /s/ Johanna H. Rehkamp
                                                                  Johanna H. Rehkamp, Esquire
                                                                Cunningham & Chernicoff, P.C.
                                                                2320 North Second Street
                                                                Harrisburg, PA 17110
                                                                (717) 238-6570
                                                                jhr@cclawpc.com

    Kindly enter the appearance of Robert E. Chernicoff, Esquire and Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021           CUNNINGHAM CHERNICOFF &
                                                           WARSHAWSKY, P.C.

                                                           By:    /s/ Robert E. Chernicoff
                                                                Robert E. Chernicoff, Esquire
                                                               2320 North Second Street
                                                               P. O. Box 60457
                                                               Harrisburg, PA 17106-0457
                                                               (717) 238-6570
                                                               rchernicoff@cclawpc.com