United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-04971-HWV
Edward A Haggans  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 04, 2024     Form ID: 3180W     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward A Haggans, 2131 Green Street, Harrisburg, PA 17110-1030 |
| 5168627 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5134795 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 5134805 | | The City of Harrisburg, City Treasurer, 10 N. 2nd St. Suite 103, Harrisburg, PA 17101-1679 |
| 5134806 | | U.S. Dept. of Veteran Affairs, PO Box 530269, Atlanta, GA 30353-0269 |
| 5134807 | | Universal Fidelity LP, PO Box 219129, Houston, TX 77218-9129 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5134785 | + | Email/PDF: bncnotices@becket-lee.com | Jan 04 2024 18:44:19 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 5134786 | + | EDI: CAPITALONE.COM | Jan 04 2024 23:42:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5134787 | + | Email/Text: bankruptcy@cavps.com | Jan 04 2024 18:38:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 5136464 | + | Email/Text: bankruptcy@cavps.com | Jan 04 2024 18:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5134788 | | EDI: CONVERGENT.COM | Jan 04 2024 23:42:00 | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 5157749 | | EDI: Q3G.COM | Jan 04 2024 23:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5137729 | | EDI: DISCOVER | Jan 04 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5134789 | + | EDI: DISCOVER | Jan 04 2024 23:42:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5134790 | + | EDI: DCI.COM | Jan 04 2024 23:42:00 | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 5134793 | | Email/Text: BNSFS@capitalsvcs.com | Jan 04 2024 18:38:00 | First Savings Credit Card, Attn: Bankruptcy Department, Po Box 5019, Sioux Falls, SD 57117 |
| 5134792 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 04 2024 18:38:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 5134791 | + | EDI: AMINFOFP.COM | Jan 04 2024 23:42:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5381196 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 04 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

| | | | | |
|---|---|---|---|---|
| 5381197 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 04 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5134794 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 04 2024 18:38:00 | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 5134796 | ^ | MEBN | Jan 04 2024 18:37:37 | KML Law Group, Suite 500 BNY Mellon Ind. Cntr, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5541330 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 18:44:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5541331 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 18:44:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5142934 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 18:44:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5134797 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 18:44:07 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5134798 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 04 2024 18:38:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5134799 | + | EDI: CBSMASON | Jan 04 2024 23:42:00 | Mason Easy-Pay, 1251 1st Ave., Chippewa Falls, WI 54774-9998 |
| 5134800 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 04 2024 18:38:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5168874 | | Email/Text: blegal@phfa.org | Jan 04 2024 18:38:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5156003 | | EDI: PRA.COM | Jan 04 2024 23:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5135751 | + | EDI: RECOVERYCORP.COM | Jan 04 2024 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5134803 | | Email/Text: signed.order@pfwattorneys.com | Jan 04 2024 18:38:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5134801 | + | Email/Text: blegal@phfa.org | Jan 04 2024 18:38:00 | Pa Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 5134802 | + | EDI: RECOVERYCORP.COM | Jan 04 2024 23:42:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5142877 | + | EDI: JEFFERSONCAP.COM | Jan 04 2024 23:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5142092 | | EDI: Q3G.COM | Jan 04 2024 23:42:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5134804 | ^ | MEBN | Jan 04 2024 18:37:35 | RoundPoint Mortgage Servicing Corp., Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 5148466 | ^ | MEBN | Jan 04 2024 18:37:37 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 5134808 | + | EDI: VERIZONCOMB.COM | Jan 04 2024 23:42:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 5154518 | | EDI: AIS.COM | Jan 04 2024 23:42:00 | Verizon, by American InfoSource as agent, PO |

Box 248838, Oklahoma City, OK 73124-8838

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5541332 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5541334 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5541333 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5541335 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION mfarrington@kmllawgroup.com |
| Robert E Chernicoff | on behalf of Debtor 1 Edward A Haggans rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Edward A Haggans<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8691<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-04971-HWV | |

# Order of Discharge                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Edward A Haggans

1/4/24

**By the court:**   *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**