UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Edward A Haggans

Case No.: 1-18-04971HWV

Chapter 13

**Debtor(s)**

# NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Freedom Mtg |
| Court Claim Number: | 6 |
| Last Four of Loan Number: | 1422 |
| Property Address if applicable: | 2131 Green St |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,555.16 |
| b. | Prepetition arrearages paid by the trustee: | $3,555.16 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $3,555.16 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 08, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Edward A Haggans

                                                                                        Case No.: 1-18-04971HWV

                                                                                        Chapter 13

                    **Debtor(s)**                               **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 08, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Robert E Chernicoff, Esquire
2320 North Second St
PO Box 60457
Harrisburg PA 17106

**Served by First Class Mail**
Freedom Mortgage Corp
10500 Kincaid Dr
Fishers IN 46037-9764

Edward A Haggans
2131 Green St
Harrisburg  PA 17110

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 08, 2024                              /s/  Liz Joyce
                                                                Office of the Standing Chapter 13 Trustee
                                                                 Jack N. Zaharopoulos
                                                                 Suite A, 8125 Adams Dr.
                                                                Hummelstown, PA  17036
                                                                Phone:  (717) 566-6097
                                                                email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-04971    EDWARD A HAGGANS

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
CASH PROCESSING
FISHERS, IN  46037-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 2131 Green St - PRE-ARREARS

ARREARS - 2131 GREEN ST

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $53,178.00 | Debt: $3,555.16 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $3,555.16 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/15/2023 | 2030653 | $131.64 | $0.00 | $131.64 | 11/28/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2023 | 2029703 | $149.96 | $0.00 | $149.96 | 10/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/19/2023 | 2028705 | $157.78 | $0.00 | $157.78 | 09/27/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/09/2023 | 2027693 | $157.78 | $0.00 | $157.78 | 08/23/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/11/2023 | 2026731 | $157.78 | $0.00 | $157.78 | 07/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/13/2023 | 2025814 | $157.78 | $0.00 | $157.78 | 06/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/16/2023 | 2024847 | $151.59 | $0.00 | $151.59 | 05/24/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/18/2023 | 2023825 | $151.59 | $0.00 | $151.59 | 04/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/15/2023 | 2022813 | $151.59 | $0.00 | $151.59 | 03/23/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/15/2023 | 2021800 | $303.18 | $0.00 | $303.18 | 02/24/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/18/2023 | 2020802 | $151.59 | $0.00 | $151.59 | 01/26/2023 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/13/2022 | 2019815 | $151.59 | $0.00 | $151.59 | 12/22/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/18/2022 | 2017801 | $311.49 | $0.00 | $311.49 | 10/26/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/17/2022 | 2015719 | $319.80 | $0.00 | $319.80 | 09/08/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/13/2022 | 2014672 | $148.82 | $0.00 | $148.82 | 08/10/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/17/2022 | 2012655 | $297.64 | $0.00 | $297.64 | 05/26/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/16/2022 | 2010578 | $297.64 | $0.00 | $297.64 | 04/06/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $148.82 | $0.00 | $148.82 | 02/09/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007594 | $57.10 | $0.00 | $57.10 | 12/28/2021 |

**Sub-totals:** $3,555.16  $0.00  $3,555.16

**Grand Total:** $3,555.16  $0.00